UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RONALD OZEALA LOVE, JR., ) | |
|     Petitioner, ) | No. 3:07-1049 |
| ) | (Criminal Case |
| v. ) | No. 3:05-000196) |
| ) | Judge Echols |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent. ) | |

## ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith, Petitioner Ronald Ozeala Love Jr.'s Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket Entry No. 1), is hereby DENIED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

Because Petitioner cannot demonstrate that reasonable jurists would find the Court's assessment of the claims of alleged ineffective assistance of counsel and prosecutorial misconduct debatable or wrong, or that jurists of reason would find it debatable whether the Court was correct in its rulings that there were no constitutional infirmities in counsel failing to seek a downward departure in sentencing in contravention of the Plea Agreement entered into by the parties, a Certificate of Appealability will not issue. See Slack v. McDaniel, 529 U.S. 473, 483-84 (2000).

IT IS SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE